```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOSE QUEZADA, on behalf of himself and all others                :
similarly situated,                                              :
                                                                 :
                          Plaintiff,                             :        20-cv-10461 (LJL)
                                                                 :
         -v-                                                     :        ORDER
                                                                 :
DANIEL DEFENSE, LLC,                                             :
                                                                 :
                          Defendant.                             :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: July 29, 2021  
      New York, New York                                LEWIS J. LIMAN  
                                                           United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 7/29/2021